This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**L.P. MCKEE (MACK) WHITTENBURG, as Independent Co-Executor of the Estate of Roy R. Whittenburg; LOIS WHITTENBURG ROWLEY, as Independent Co-Executor of the Estate of Roy R. Whittenburg; ROY ROBERT WHITTENBURG, JR., as Co-Trustee of Eighteen of The Grace and Roy Whittenburg Trusts, Dated December 30, 1977; LOIS WHITTENBURG ROWLEY, as Co-Trustee of Eighteen of The Grace and Roy Whittenburg Trusts, Dated December 30, 1977,**

Plaintiffs-Appellants,

v.                                                    No. A-1-CA-36825

**WANDA JEANNE WHITTENBURG,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF UNION COUNTY**
**Jeff McElroy, District Judge**

L. P. McKee (Mack) Whittenburg
Amarillo, TX

Pro Se Appellant

Lois Whittenburg Rowley
Amarillo, TX

Pro Se Appellant

Roy Robert Whittenburg, Jr.
Amarillo, TX

Pro Se Appellant

Wheeler Trigg O'Donnell LLP
Tamera Dietrich Westerberg
Denver, CO

Hinkle Shanor LLP
Stephen S. Shanor
Roswell, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE, Judge.**

{1}     Plaintiffs L.P. McKee (Mack) Whittenburg, Lois Whittenburg Rowley, and Roy Robert Whittenburg, Jr., appeal an order of the district court finding them in contempt for their failure to comply with a prior order. This Court's notice of proposed summary disposition proposed to affirm the order of contempt. [CN 9] Defendant has filed a memorandum in support of that proposed summary disposition. [MIS 1] Plaintiffs, however, have made no responsive filing. Instead, Plaintiffs' counsel has filed a motion to withdraw as counsel informing us that he has been "instructed to take no further action" in this appeal. [4-20-2018 MOT 2] And, the time in which to file

2

a memorandum in opposition to our proposed disposition has now passed. We, therefore, affirm the contempt order entered by the district court.

{2}    **IT IS SO ORDERED.**

_____
                              **J. MILES HANISEE, Judge**

**WE CONCUR:**

_____
**JULIE J. VARGAS, Judge**

_____
**DANIEL J. GALLEGOS, Judge**